918 P.2d 226

# SUPREME COURT OF HAWAI'I

| | | | |
|---|---|---|---|
| Baker v. Bruce Matson Co., Inc. | 17090 | 5/06/96 | Affirmed |
| State v. Lagmay | 17621 | 5/07/96 | Reversed |
| Shirai v. Haseko Realty, Inc. | 15997 | 5/07/96 | Affirmed & Vacated in part, and Remanded |
| Wiener v. Santangelo Investors | 16265 | 5/08/96 | Affirmed |
| State v. Giron | 18973 | 5/13/96 | Vacated & Remanded |
| State v. Mason | 18374 | 5/13/96 | Reversed |
| State v. Williams | 16853, 17077 | 5/14/96 | Affirmed |
| Greff v. Nakamura | 15761 | 5/14/96 | Vacated and Remanded |
| State v. Tran | 18337 | 5/23/96 | Affirmed |
| State v. Hoyle | 18013 | 5/24/96 | Affirmed, Reversed in part and Remanded |
| State v. Ah Mau | 17413 | 5/30/96 | Affirmed |